UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| EAGLE BEAR INC. AND WILLIAM BROOKE,<br><br>           Plaintiff,<br><br>  vs.<br><br>THE BLACKFEED INDIAN NATION AND THE BLACKFEET TRIBAL COURT,<br><br>           Defendant. | Case No. CV-21-88 -GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED: Eagle Bear's claim for declaratory judgment and injunctive relief in 4:21-cv-00088-BMM Eagle Bear Inc. et al. v. The Blackfeet Indian Nation et al. is DISMISSED WITH PREJUDICE and all pending motions are DENIED AS MOOT and the Court directs the Clerk of Court to close the case.

Dated this 11th day of December, 2023.

                            TYLER P. GILMAN, CLERK

                            By: /s/ M. Stewart
                            M. Stewart, Deputy Clerk