Neil G. Westesen
Uriah J. Price
Griffin B. Stevens
CROWLEY FLECK PLLP
P.O. Box 10969
Bozeman, MT 59719-0969
Telephone: (406) 556-1430
Fax: (406) 556-1433
Email: nwestesen@crowleyfleck.com
        uprice@crowleyfleck.com
        gstevens@crowleyfleck.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA, GREAT FALLS DIVISION**

| | |
|---|---|
| EAGLE BEAR, INC. and WILLIAM BROOKE, | Cause No. 4:21-cv-00088-BMM-JTJ |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| THE BLACKFEET INDIAN NATION and THE BLACKFEET TRIBAL COURT, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties in the above-captioned matter, by and through their counsel of record, hereby jointly stipulate to dismiss all claims in this matter with prejudice on the grounds that they have reached a full

and final settlement agreement.  The parties shall bear their own attorney's fees and costs.

A proposed Order confirming this dismissal is filed herewith.

Dated this 1st day of April, 2025.

CROWLEY FLECK PLLP


By /s/ Neil G. Westesen
Neil G. Westesen
Uriah J. Price
Griffin B. Stevens
P.O. Box 10969
Bozeman, MT 59719-0969

Attorneys for Plaintiffs


By /s/ Derek E. Kline
Derek E. Kline
Blackfeet Legal Department
Agency Road
Browning, MT 59417
Telephone:  (406) 338-7777
derekekline@gmail.com
Attorney for Defendant Blackfeet Indian
Nation and The Blackfeet Tribal Court

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2025, a true and correct copy of the foregoing was delivered by the following means to the following:

[ ] U.S. Mail          Derek E. Kline
[ ] FedEx             Blackfeet Legal Department
[ ] Hand-Delivery   Agency Road
[ ] E-Mail            Browning, MT 59417
[x] ECF              derekekline@gmail.com
*Attorney for Defendant Blackfeet Indian Nation and The Blackfeet Tribal Court*

/s/ Neil G. Westesen
Neil G. Westesen